```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HIGHLANDS CAPITAL MANAGEMENT L.P.,
California Limited Partnership, et al.,

                                Plaintiffs,

    -against-

FOREX CAPITAL MARKETS LLC, a Delaware
Limited Liability Corporation, and Does 1
through 10, inclusive.,

                                Defendants.
------------------------------------------------------------X

09 **CIVIL** 8692 (JSR)

**JUDGMENT**

      Whereas the above-caption action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court thereafter, on September 25, 2010 having rendered its Order, dismissing this case with prejudice, and directing Clerk to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 25, 2010, the Court hereby dismisses this case with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         September 27, 2010

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                BY:

                                                         Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/28/10